IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SANDRA DAVIS                                                                                          PLAINTIFF

VS.                                    CASE NO. 3:09CV0043 JMM

GREAT DANE LIMITED PARTNERSHIP
D/B/A GREAT DANE TRAILERS                                                              DEFENDANT

ORDER

Plaintiff's unopposed Motion for Voluntary NonSuit is granted (#8). The complaint is dismissed without prejudice and all pending motions are dismissed as moot.

IT IS SO ORDERED THIS  4  day of  May  2009.


_____
James M. Moody
United States District Judge